The Honorable Robert S. Lasnik

10-CV-01438-ORD

FILED _____ ENTERED
LODGED _____ RECEIVED

APR 04 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT MCARDLE an individual,

    Plaintiff,

v.

GREATER MAPLE VALLEY COMMUNITY CENTER, a Washington non-profit corporation, TAHOMA SCHOOL DISTRICT No. 409, a public school district, LYNN ROBERTS and JOHN DOE ROBERTS, and the martial community comprised thereof, BRUCE ZAHRADNIK and JANE DOE ZAHRADNIK, and the marital community comprised thereof, MIKE MARYANSKI and JANE DOE MARYANSKI, and the marital community comprised thereof.

    Defendants.

No. 2:10-CV-1438 RSL

STIPULATED MOTION AND (PROPOSED) ORDER FOR AN INDEFINITE STAY OF THE TRIAL DATE AND ALL RELATED DATES

Noted for Consideration:
April 2, 2012

## STIPULATION

The undersigned counsel of record for Plaintiff, Robert McArdle, and Defendants, Greater Maple Valley Community Center, Tahoma School District No. 409, Lynn Roberts, Bruce Zahradnik and Mike Maryanski, respectively stipulate and jointly request that all deadlines in this action be stayed indefinitely pending bankruptcy court approval of the parties' proposed settlement agreement in this matter.

STIPULATED MOTION AND (PROPOSED) ORDER
FOR AN INDEFINITE STAY OF THE TRIAL DATE
AND ALL RELATED DATES -1
Case No. 2:10-CV-1438

BADGLEY ~ MULLINS
LAW GROUP PLLC
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

The parties agree that good cause exists for granting this motion, and the motion is not sought for delay purposes. The plaintiff, Mr. Robert McArdle, filed for Chapter 7 bankruptcy on May 4, 2011, in the United States District Court for the Western District of Washington, Tacoma, Proceeding No. 11-43641. A Chapter 7 trustee, Mark Waldron, was appointed on June 13, 2011. Since the appointment of the trustee, the trustee and the Defendants have reached a settlement agreement. However, because of Mr. McArdle's bankruptcy filing, the parties' settlement agreement is subject to approval by the bankruptcy court. If the settlement agreement is approved by the bankruptcy court, the parties will promptly notify this Court that a settlement has been approved so that action can be taken to dismiss this matter. If the settlement agreement is not approved by the bankruptcy court, the parties will promptly notify the Court in order to request a new trial date.

For the reasons stated above, the parties respectfully request that the Court enter an Order staying all deadlines in this action pending the approval of the settlement agreement by the bankruptcy court.

STIPULATED TO AND PRESENTED this 2nd day of April, 2012.

| BADGLEY~MULLINS LAW GROUP, PLLC | GORDON & REES LLP |
|---|---|
| s/ Mark K. Davis<br>Donald H. Mullins WSBA No. 4966<br>Mark K. Davis WSBA No. 38713<br>4750 Columbia Center<br>701 Fifth Avenue<br>Seattle, Washington, 98104<br>Telephone: (206) 621-6566<br>Facsimile: (206) 621-9686<br>Email: donmullins@badgleymullins.com<br>Email: mdavis@badgleymullins.com | s/ Monica T. Torrez<br>David W. Silke<br>Monica T. Torrez<br>701 5th Ave., Suite 2100<br>Seattle, WA 98104<br>Telephone: 206-695-5100<br>Facsimile: 206-689-2822<br>Email : dsilke@gordonrees.com<br>Email : mtorrez@gordonrees.com<br><br>**ATTORNEYS FOR DEFENDANTS GREATER MAPLE VALLEY** |

STIPULATED MOTION AND (PROPOSED) ORDER
FOR AN INDEFINITE STAY OF THE TRIAL DATE
AND ALL RELATED DATES -2
Case No. 2:10-CV-1438

BADGLEY ~ MULLINS
Law Group PLLC
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

| | |
|---|---|
| 1  **ATTORNEYS FOR PLAINTIFF** | **COMMUNITY CENTER AND LYNN ROBERTS** |

1  **ATTORNEYS FOR PLAINTIFF**       **COMMUNITY CENTER AND LYNN**
2                                                                    **ROBERTS**

3  K&L GATES LLP

4  s/ Daniel P. Hurley
   Christopher L. Hirst
   Daniel Hurley
5  925 Fourth Avenue, Suite 2900
   Seattle, WA 98104-1158
6  Telephone: 206-623-7580
   Facsimile: 206-623-7022
7  Email : christopher.hirst@klgates.com
   Email : daniel.hurley@klgates.com
8
9  **ATTORNEYS FOR TAHOMA SCHOOL DISTRICT, MICHAEL MARYANSKI, AND**
10 **BRUCE ZAHRADNIK**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION AND (PROPOSED) ORDER
FOR AN INDEFINITE STAY OF THE TRIAL DATE
AND ALL RELATED DATES -3
Case No. 2:10-CV-1438

**BADGLEY ~ MULLINS**
LAW GROUP PLLC
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

## ORDER

This matter having been presented upon the forgoing stipulation and it appearing to the Court that the following Order should be entered herein, it is therefore

ORDERED: The forgoing motion is granted and all deadlines in this action are stayed indefinitely pending the bankruptcy court's approval of the settlement agreement.

Dated this 4th day of April, 2012.

_____
Robert S. Lasnik
United States District Court Judge

STIPULATED MOTION AND (PROPOSED) ORDER
FOR AN INDEFINITE STAY OF THE TRIAL DATE
AND ALL RELATED DATES -4
Case No. 2:10-CV-1438

**BADGLEY ~ MULLINS**
LAW GROUP PLLC
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686